ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-411 T

## NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the cases filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case") and Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case").

In the Group case, Plaintiff's complaint seeks readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended, ("Code"). Plaintiff, CWC Partnership I ("CWC"), is a partner of the Plaintiff in the Group case, and as such, a portion of the CWC complaint seeks adjustments of the items that are derivative of the same adjustments that the Group case seeks readjustment. In the Alpha case, Plaintiff's complaint seeks readjustment of partnership items under Code Section 6226. Plaintiff, CWC, is a partner of the Plaintiff in the Alpha case, and as such, a portion of the CWC complaint seeks adjustments of the items that are derivative of the same adjustments that the Alpha case seeks readjustment. Assignment of these cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"); and R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"). This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments of CWC. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments of CWC. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff