# Exhibit A

ORIGINAL

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-409 T

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case").

In both this case and in the Group case, Plaintiffs seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Group case involve the same ultimate parties and assert similar claims. Assignment of these two cases to a single judge is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case"); Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"); and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States ( "CWC"). This case and the indirectly-related cases have some of the same

ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments in the CWC case. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments in the CWC case. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

# Exhibit B

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED

MAY 18 2006

U.S. COURT OF FEDERAL CLAIMS

R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-410 T

## NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case").

In both this and the Partners case, Plaintiffs seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Partners case involve the same ultimate parties and assert similar claims. Assignment of these two cases to a single judge is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case"); Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"); and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States ("CWC"). This case and the indirectly-related cases have some of the same

ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments in the CWC case. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments in the CWC case. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff



AO 1486790.1

# Exhibit C

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

06-411 T

Case No. ____________________

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the cases filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case") and Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case").

In the Group case, Plaintiff's complaint seeks readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended, ("Code"). Plaintiff, CWC Partnership I ("CWC"), is a partner of the Plaintiff in the Group case, and as such, a portion of the CWC complaint seeks adjustments of the items that are derivative of the same adjustments that the Group case seeks readjustment. In the Alpha case, Plaintiff's complaint seeks readjustment of partnership items under Code Section 6226. Plaintiff, CWC, is a partner of the Plaintiff in the Alpha case, and as such, a portion of the CWC complaint seeks adjustments of the items that are derivative of the same adjustments that the Alpha case seeks readjustment. Assignment of these cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"); and R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"). This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments of CWC. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments of CWC. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

# Exhibit D

ORIGINAL

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Alpha I, L.P., by and through Robert Sands, a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-407 T

NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in Beta Partners LLC, by and through Alpha I L.P., a Notice Partner v. United States (the "Beta case").

In both this case and the Beta case, Plaintiffs complaint seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Beta case involve the same ultimate parties and asserts similar claims. Assignment of these two cases to a single judge is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case"); R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"); and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States ("CWC"). This case and the indirectly-related cases

have some of the same ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments in the CWC case. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments in the CWC case. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

# Exhibit E

ORIGINAL

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-408 T

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY-RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case filed simultaneously in Alpha I LP, by and through Robert Sands, a Notice Partner v. United States (the "Alpha case").

In both this case and the Alpha case, Plaintiffs seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the Alpha case involve the same ultimate parties and assert similar claims. Assignment of these two cases to a single judge is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to the cases filed simultaneously in R,R,M & C Group, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Group case"); R,R,M & C Partners, L.L.C., by and through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"); and CWC Partnership I, by and through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States ("CWC"). This case and the indirectly-related cases

have some of the same ultimate parties and assert some of the same claims. Specifically, CWC is a partner in the partnership in the Group case, and as such, the adjustments at issue in the Partners case and the Group case effect the derivate adjustments in the CWC case. CWC is also a partner in the partnership in the Alpha case, and as such, the adjustments at issue in the Alpha case and the Beta case effect the derivate adjustments in the CWC case. Assignment of these indirectly-related cases to the same judge is appropriate, will conserve the court's and the parties' resources and will promote the efficient determination of the actions.

Dated: May 18, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

# Exhibit F

FILED
NOV 30 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Mickey Management, L.P., by and through Marilyn Sands, a Notice Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-810 T

NOTICE OF DIRECTLY-RELATED AND INDIRECTLY RELATED CASES

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that the above-referenced case is directly related to M,L,R & R by and through Richard E. Sands, Tax Matters Partner v. United States (the "M,L,R & R case") filed the same date as this case. Both of these cases are directly related to Case No. 1:06-cv-00407, styled Alpha I, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Alpha case") and Case No. 1:06-cv-00408, styled Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"), all pending before the Honorable Judge Emily C. Hewitt. .

In this case and the Alpha, Beta, and M,L,R & R cases, the Plaintiffs' complaints seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the other three cases assert similar claims and involve some of the same ultimate parties. Assignment of this case and the other three cases to a single judge, specifically Judge Emily C. Hewitt before whom the Alpha and Beta cases are pending, is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to Case No. 1:06-cv-00409, styled R,R,M & C Partners, L.L.C., By and Through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"), Case No. 1:06-cv-00410, styled R,R,M & C Group, L.P., By and Through Robert Sands, a Notice Partner v. United States (the "Group case"), and Case No. 1:06-cv-00411, styled CWC Partnership I, By and Through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States (the "CWC case").

This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same claims. Specifically, Marilyn Sands, a notice partner of the partnership at issue in this case, and CWC are partners in the partnerships at issue in the Group and Alpha cases. As such, the adjustments made in the Partners and Group cases affect the derivative adjustments in the CWC case and the resulting adjustments carried out to the partners. In addition, the adjustments at issue in the M,L,R & R, Alpha, and Beta cases affect the derivative adjustments in the CWC case and the resulting adjustments carried out to the partners. Assignment of these indirectly-related cases to the same judge, specifically Judge Emily C. Hewitt before whom the Group, Partners, and CWC cases are pending, is appropriate, will conserve the court's and the parties' resources, and will promote the efficient determination of the actions.

Dated: November 30, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0100
Fax: (202) 637-3593
Attorney for Plaintiff

OF COUNSEL:
N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806

# Exhibit G

ORIGINAL

FILED
NOV 30 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M, L, R & R, by and through
Richard E. Sands, Tax Matters Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 06-811 T

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that the above-referenced case is directly related to Mickey Management, L.P., by and through Marilyn Sands, A Notice Partner v. United States (the "Mickey Management case") filed the same date as this case. Both of these cases are directly related to Case No. 1:06-cv-00407, styled Alpha I, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Alpha case") and Case No. 1:06-cv-00408, styled Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"), all pending before the Honorable Judge Emily C. Hewitt.

In this case and the Alpha, Beta, and Mickey Management cases, the Plaintiffs' complaints seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the other three cases assert similar claims and involve some of the same ultimate parties. Assignment of this case and the other three cases to a single judge, specifically Judge Emily C. Hewitt before whom the Alpha and Beta cases are pending, is appropriate because consolidation will conserve the court's and the parties' resources and promote the efficient determination of the actions.

RECEIVED
OVER THE COUNTER
NOV 30 2006
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to Case No. 1:06-cv-00409, styled R,R,M & C Partners, L.L.C., By and Through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"), Case No. 1:06-cv-00410, styled R,R,M & C Group, L.P., By and Through Robert Sands, a Notice Partner v. United States (the "Group case"), and Case No. 1:06-cv-00411, styled CWC Partnership I, By and Through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States (the "CWC case").

This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same claims. Specifically, Richard E. Sands, the tax matters partner for M,L,R & R, and other M,L,R & R partners CWC and Robert Sands are partners in the partnerships at issue in the Group and Alpha cases. The other two partners of M,L,R & R, Andrew Stern and the Marvin Sands Master Trust, are also partners in the partnership at issue in the Alpha case. As such, the adjustments made in the Partners and Group cases affect the derivative adjustments in the CWC case and the resulting adjustments carried out to the partners. In addition, the adjustments at issue in this case and in the Alpha and Beta cases affect the derivative adjustments in the CWC case and the resulting adjustments carried out to the partners. Assignment of these indirectly-related cases to the same judge, specifically to Judge Emily C. Hewitt before whom the Group, Partners, and CWC cases are pending, is appropriate, will conserve the court's and the parties' resources, and will promote the efficient determination of the actions.

Dated: November 30, 2006

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593
Attorney for Plaintiff

OF COUNSEL:
N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806